# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 19 2014

JAMES W. McCORMACK CLERK
By: _____ DEP CLERK

UNITED STATES OF AMERICA
V.

Michael Terry

| | |
|---|---|
| Case Number: | 4:07CR00072-01-JLH |
| USM | 12222-002 |

**Date of Original Judgment:** October 29, 2008

**Date of Previous Amended Judgment:** N/A
*(Use Date of Last Amended Judgment if Any)*

N/A
Defendant's Attorney

### ORDER REGARDING MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(C)(2)

Upon motion of  ☐ the defendant  ☐ the Director of the Bureau of Prisons  **X** the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.
  **X** GRANTED and the defendant's previously imposed sentence of imprisonment of
     188 months **is reduced to 151 months.**

Except as provided above, all provisions of the judgment dated October 29, 2008 will remain in effect.

**IT IS SO ORDERED.**

Order Date: _November 19, 2014_

_____
United States District Judge

Effective Date: November 1, 2015
         (If different from order date)